**Order entered December 2, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-08-01460-CV

## DECO-DENCE LLC, JUSTIN BURGESS, AND MARK MCCAY, Appellants

### V.

## JOHN CARNEY, Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. 07-14769-E**

## ORDER

The Court **REINSTATES** the appeal.

On June 29, 2009, the Court abated the appeal due to the filing of bankruptcy by appellant .   On January 4, 2010, appellant Deco-Dence, LLC also filed a suggestion of bankruptcy.  In response to our inquiry about the status of the bankruptcy proceedings, appellee filed a motion to reinstate the appeal and a motion to dismiss the appeal.  In the motion to reinstate the appeal, appellee states that the bankruptcy proceedings have been closed.  Attached to the motion is the bankruptcy court's order closing the proceeding.  In the motion to dismiss the appeal, appellee states the parties have settled and compromised all claims and no longer desire to pursue the appeal.

Accordingly, we **GRANT** the motion to reinstate.  We will dispose of the motion to dismiss in due course.

/s/     ELIZABETH LANG-MIERS
         JUSTICE